IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHERYL HARDISON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>PLAINTIFF,<br><br>V.<br><br>PULTEGROUP, INC. AND PGP TITLE, INC.,<br>DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>CAUSE NO. 1-13-CV-1078-LY |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. By separate order, pursuant to the Plaintiff's Stipulation of Dismissal with Prejudice filed June 25, 2014 (Clerk's Doc. No. 21), the court dismissed this case with prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that this case is **CLOSED**.

SIGNED this 27th day of June, 2014.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE